**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)*                                          Chapter    7

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/29/2020
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Tiffanie Sperling**
Printed name

Title   **Manager / VP Business Development and Operations**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   6/30/2020
MM / DD / YYYY

**David E. Cohen 6192149**
Printed name

**Fisher Cohen Waldman Shapiro, LLP**
Firm name

**1247 Waukegan Road
Suite 100
Glenview, IL 60025**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 606-3451**      Email address   **DCohen@fishercohen.com**

**6192149 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name  **enerGEEwhizz Holdings LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/29/2020       x  *Tiffanie Sperling*
                                Signature of individual signing on behalf of debtor

**Tiffanie Sperling**
Printed name

**Manager / VP Business Development and Operations**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **enerGEEwhizz Holdings  LLC**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **6/29/2020**

Signature of individual signing on behalf of the debtor     **Tiffanie Sperling**
                                                      Printed name

Position or relationship to debtor     **Manager / VP Business Development and Operations**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   enerGEEwhizz Holdings  LLC _____   Case No. _____

Debtor(s)                          Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   **4**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   6/29/2020

Tiffanie Sperling/Manager / VP Business Development and
Operations
Signer/Title

### United States Bankruptcy Court
#### Northern District of Illinois

In re    **enerGEEwhizz Holdings LLC**                                        Case No.

                                            Debtor(s)                         Chapter    **7**

#### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **enerGEEwhizz Holdings LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**RDJ Holdings, Inc.**
**293 Eisenhower Parkway**
**Suite 120**
**Livingston, NJ 07039**

☐ None [*Check if applicable*]

_6 | 30 | 2020_

Date

**David E. Cohen 6192149**

Signature of Attorney or Litigant
Counsel for   **enerGEEwhizz Holdings LLC**
**Fisher Cohen Waldman Shapiro, LLP**
**1247 Waukegan Road**
**Suite 100**
**Glenview, IL 60025**
**(312) 606-3451 Fax:(312) 606-0117**
**DCohen@fishercohen.com**

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **enerGEEwhizz Holdings  LLC**                                                      Case No.

                                                                 Debtor(s)                 Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                           $          **7,500.00**

    Prior to the filing of this statement I have received                                 $          **7,500.00**

    Balance Due                                                                            $              **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):      **RDJ Holdings Inc.**

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

6  30  2020

_Date_

**David E. Cohen 6192149**
_Signature of Attorney_
**Fisher Cohen Waldman Shapiro, LLP
1247 Waukegan Road
Suite 100
Glenview, IL 60025
(312) 606-3451  Fax: (312) 606-0117
DCohen@fishercohen.com**
_Name of law firm_